UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X

BRIAN FISCHLER, Individually and on
behalf of all other pesons similarly situated,

                          Plaintiffs,

   -against-                                  Index No.: 1:18-cv-08420-RA

ROSE ASSOCIATES, INC. D/B/A THE
MAXIMILIAN,

                          Defendant.

---------------------------------------------------------------X

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff and Defendant, under Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to dismiss this action with prejudice, resolving all matters in dispute having been made and each party to bear its own fees and costs.

Dated: February 7, 2019
New York, New York

_____
Douglas B. Lipsky, Esq.
LIPSKY LOWE LLP
630 Third Avenue, Fifth Floor
New York, New York 10017-6705
Tel: (212) 392-4772
doug@lipskylowe.com
*Attorneys for Plaintiff*

Dated: February 21, 2019
Melville, New York

_____
Adam G. Guttell
Jackson Lewis P.C.
58 South Service Road, Suite 250
Melville, New York 11747
631.247.0404
Adam.Guttell@Jacksonlewis.com
*Attorneys for Defendant*

SO ORDERED:

Dated: New York, New York

                      _____, 2019

                                         _____
                                         United States District Judge

4812-7063-3862, v. 1